RECEIVED

October 30, 202

Clerk, U.S. Courts
District of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH nzito@zandzasphalt.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC. | MJ-20- 97 -BLG-TJC<br><br>ORDER |
|---|---|

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google LLC an electronic communication service or remote computing service, not to notify any person, including the subscriber and customer of the account listed in the above-captioned warrant, of the existence of the attached search warrant until further order of the Court.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including giving targets an opportunity to destroy or tamper with evidence, including potential electronic evidence, change patterns of behavior, flee or avoid prosecution, or otherwise endanger the life or physical safety of an individual. *See* 18 U.S.C. § 2705(b).

1

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google shall not disclose the existence of the attached search warrant or this Order of the Court, to the listed subscriber or person affiliated with the above email address or to any other person, unless and until otherwise authorized to do so by the Court, except that Google may disclose the attached search warrant to an attorney for Google for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the motion and this Order are sealed until otherwise ordered by the Court.

DATED this 30th day of October, 2020.

*[signature]*
Timothy J. Cavan
United States Magistrate Judge