FILED

October 30, 2020

Clerk, U.S. District Court
District of Montana
Billings Division

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>INFORMATION ASSOCIATED WITH nzito@zandzasphalt.com THAT IS STORED AT PREMISES CONTROLLED BY GOOGLE LLC. | MJ-20-97-BLG-TJC<br><br>ORDER |

Based on motion of the United States and good cause appearing,

IT IS HEREBY ORDERED that this case and all pleadings in it, including the Application for a Search Warrant, Search Warrant, and Affidavit in support of Search Warrant filed herein, are SEALED. The Search Warrant is unsealed for the limited purpose of permitting the Affiant to comply with execution of the Search Warrant, pursuant to Fed. R. Crim. P. Rule 41(f).

IT IS FURTHER ORDERED that this case is unsealed for the limited purposes of providing copies of documents in discovery, upon initial appearance on an Indictment by any defendant related to this search warrant and

service/receipt of request for discovery by defense counsel, pursuant to Fed. R. Crim. P. 16.

DATED this 30th day of October, 2020.

                                              Timothy J. Cavan  
                                              U.S. Magistrate Judge